CALEB W. LORING, Executor, etc., Respondent, *v.* AMOS BINNEY et al., Respondents, JAMES M. JACKSON, Appellant.

(Argued December 8, 1885 ; decided January 19, 1886 )

*Henry H. Man* for appellant.

*William Watson* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.